FILED

Name: Andre Nesbit
Address: 3714 Pico Blvd
Los Angeles, 90019
Phone: 773-354-9988
Fax: _____

In Pro Per

2021 JUN 30 PM 12: 47

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Andre Nesbit

Cook County
Cook County circuit court
Fredrick H. Bates
Gray Law
Nya Prude

Plaintiff
v.

Defendant(s).

CASE NUMBER:

LACV21-5320-MCS-PDx

To be supplied by the Clerk of
The United States District Court

## Cause of Action

1. Writ of Certiorari — Cook County Circuit Court

2. Personal injury — Cook County / Nya Prude / Fredrick H. Bates / Gray Law

3. Fraud — Nya Prude, Fredrick H. Bates, Gray Law

6/30/2021

CV-126 (09/09)    PLEADING PAGE FOR A COMPLAINT