JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ANDRE NESBIT, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:21-cv-05320-MCS-PDx |
| v. | |
| COOK COUNTY, et al., | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____  _____
Date                        United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☒ Inadequate showing of indigency         ☒ District Court lacks jurisdiction
☒ Legally and/or factually patently frivolous   ☐ Immunity as to _____
☒ Other: Plaintiff has failed to respond fully to Questions 2(b) through (f) on the request to proceed IFP.

Comments:
In the Complaint, Plaintiff alleges causes of action for "writ of certiorari," personal injury, and fraud. Plaintiff, however, fails to plead any facts stating a cognizable claim. The Complaint does not competently allege facts showing jurisdiction in United States District Court based on a federal question or diversity.

July 6, 2021                Patricia Donahue
Date                        United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED

☒ DENIED (see comments above). IT IS FURTHER ORDERED that:

   ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
   ☒ This case is hereby DISMISSED immediately.
   ☐ This case is hereby REMANDED to state court.

July 6, 2021                *Mark C. Scarsi*
Date                        United States District Judge